UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: Idalia Almenares

Debtor /

Case No.: 26-17805-CLC
Chapter 13

# NOTICE OF OBJECTION TO CLAIM

The Debtor, Idalia Almenares, has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

**If you do not want the court to eliminate or change your claim, then you or your lawyer must file a written response within 30 days from the date this objection was served, explaining why your claim should be allowed as filed.**

The written response must contain the case name, the case number, your name, and your claim number. If filed by an attorney, the written response must be filed electronically. If filed without an attorney, the written response must be filed with the Clerk of the United States Bankruptcy Court, Southern District of Florida, in the division in which this case is pending:

| **Miami Division:** | **Fort Lauderdale Division:** | **West Palm Beach Division:** |
|---|---|---|
| United States Bankruptcy Court<br>Southern District of Florida<br>C. Clyde Atkins United States Courthouse<br>301 North Miami Avenue, Room 150<br>Miami, Florida 33128 | United States Bankruptcy Court<br>Southern District of Florida<br>United States Courthouse<br>299 East Broward Blvd., Room 112<br>Ft. Lauderdale, FL 33301 | United States Bankruptcy Court<br>Southern District of Florida<br>Flagler Waterview Building<br>1515 North Flagler Drive, Suite 801<br>West Palm Beach, FL 33401 |

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the deadline stated above.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim and may enter an order sustaining the objection without further notice or hearing.** If you or your attorney do file a timely response to the objection, the court will schedule a hearing, by separate notice of hearing, to resolve the objection.

## Objection to Claim Number

Debtor objects to Claim No. 2 filed by Ford Motor Credit Company LLC c/o AIS Portfolio Services, LLC as a secured claim on June 25, 2026, in the amount of $781.60 for the following reasons:

Claimant asserts that Claim No. 2 is fully secured by a lien against a 2017 Toyota Yaris, VIN VNKKTUD33HA075669. However, the vehicle was declared a total loss prior to the filing of this bankruptcy case, and the Debtor no longer owns or possesses the vehicle. The Debtor's First Amended Chapter 13 Plan identifies the vehicle as having been a total loss and provides for surrender of any interest in the collateral to Ford Motor Credit Company LLC.

Because the vehicle securing the claim was a total loss prior to the petition date and is no longer

property in which the bankruptcy estate has an interest, there is no remaining vehicle collateral securing Claim No. 2. Pursuant to 11 U.S.C. § 506(a), the secured portion of Claim No. 2 should therefore be determined to be $0.00. To the extent that any balance remains due after application of all insurance proceeds and other applicable credits, such balance constitutes a general unsecured deficiency claim.

WHEREFORE, Debtor respectfully requests that the Court sustain this Objection and enter an Order reclassifying Claim No. 2 filed by Ford Motor Credit Company LLC c/o AIS Portfolio Services, LLC from a secured claim to a general unsecured claim in the amount of $781.60, with the secured portion of the claim allowed at $0.00, and granting such further relief as the Court deems appropriate.

Respectfully submitted:
September 21, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com