UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Idalia Almenares

Case No.: 26-17805-CLC
Chapter 13

Debtor /

## CERTIFICATE OF SERVICE

I certify that on September 21, 2026, a true and correct copy of the **Objection to Claim of Ford Motor Credit Company LLC c/o AIS Portfolio Services, LLC** and **Notice of Hearing** was served electronically on the following parties:
Electronically & Mailed:

Nancy K. Neidich, Trustee
PO Box 279806
Hollywood, FL 33027

I further certify that on September 21, 2026 I served a copy of the foregoing document(s) by U.S. mail on the following parties:

First Class Mail:

Debtor(s), Idalia Almenares
2400 W 5th WAY APT 102
Hialeah, FL 33010

Ford Motor Credit Company LLC
One American Road, Whq Room 612
Dearborn, Mi 48126

Ford Motor Credit Company LLC
C T CORPORATION SYSTEM
1200 South Pine Island Road
Plantation, Fl 33324

Ford Motor Credit Company LLC
Attn: O'Callaghan, Catherine
One American Road
Dearborn, Mi 48126

Ford Motor Credit Company LLC
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK, 73118

Attn: Ajay Mohite, Claims Processor.
AIS Portfolio Services, LLC
4515 N Santa Fe Ave.
Dept. APS
Oklahoma City, OK, 73118

Respectfully submitted:
September 21, 2026

**Jose A. Blanco, P.A.**
By: */s/ Jose A. Blanco* | FBN: 062449
Attorney for Debtor(s)
102 E 49th ST
Hialeah, FL 33013,
Tel. (305) 349-3463
E-mail: jose@blancopa.com