**ORDERED in the Southern District of Florida on November 3, 2026.**

**Corali Lopez-Castro, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Idalia Almenares

Case No.: 26-17805-CLC
Chapter 13

Debtor /

**ORDER SUSTAINING OBJECTION TO CLAIM OF FORD MOTOR CREDIT COMPANY LLC**

THIS MATTER having come to be heard without objection on the chapter 13 consent calendar on October 27th, 2026, upon Debtor's Objection to Claim of Ford Motor Credit Company LLC; claim 2 ("Objection") [ECF#27] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.
2. The entire claim of $781.60 is reclassified from a secured claim to a general unsecured claim.

###

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST
Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

Jose A. Blanco, Esq. must serve a copy of this order on the debtor, all creditors, and all indenture trustees and must file a certificate of service as required by Local Rule 9036-2.